UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT GREEN and SCOTT MONIZ,

    Plaintiff,

v.                                                    Case No.: 8:18-cv-803-T-24JSS

WAYPOINT PROPERTY INSPECTION, LLC,

    Defendants.
_____/

## DEFENDANT WAYPOINT PROPERTY INSPECTION, LLC'S VERIFIED SUMMARY OF PLAINTIFF SCOTT MONIZ'S HOURS WORKED, <u>RATE OF PAY AND WAGES PAID</u>

Defendant, WAYPOINT PROPERTY INSPECTION, LLC, through its undersigned counsel and pursuant to this Court's Notice of Designation Under Local Rule 3.05, Additional Procedures for FLSA Cases, and Order Requiring Electronic Filing (D.E. 3), submits its Verified Summary of Plaintiff Scott Moniz's Hours Worked, Rate of Pay, and Wages Paid:

    1.    **Summary of all hours worked by Plaintiff Scott Moniz during each relevant pay period, Plaintiff's rate of pay, and Plaintiff's Gross Pay.**

Plaintiff was paid and hourly rate for approximately three pay periods. He was then paid a salary for all hours worked throughout his employment from March 2016 through February 2018. Defendant verifies that its records reflect the following with respect to Plaintiff's pay:

## Relevant Period: January 2016 – February 2018

| Pay Date | Hourly Rate | Regular Hours | Regular Pay | Commission/ Bonus | PTO/ Holiday/ Vacation | OT Hrs | OT Pay | Gross Pay |
|---|---|---|---|---|---|---|---|---|
| 2/5/2016 | $10.00 | 44 | $440.00 | -- | -- | 0 | $0 | $440.00[1] |
| 2/19/2016 | $10.00 | 65 | $650.00 | -- | -- | 0 | $0 | $650.00 |
| 3/4/2016 | $13.00 | 60 | $780.00 | -- | -- | 0 | $0 | $780.00 |
| 3/18/2016 | salary | salary | $1,500.00 | -- | -- | -- | -- | $1,500.00 |
| 4/5/2016 | salary | salary | $1,500.00 | -- | -- | -- | -- | $1,500.00 |
| 4/20/2016 | salary | salary | $1,500.00 | $328.13 | -- | -- | -- | $1,828.13 |
| 5/5/2016 | salary | salary | $1,500.00 | $373.89 | -- | -- | -- | $1,873.89 |
| 5/20/2016 | salary | salary | $1,350.00 | $237.96 | -- | -- | -- | $1,587.96 |
| 6/3/2016 | salary | salary | $1,500.00 | $496.34 | -- | -- | -- | $1,996.34 |
| 6/20/2016 | salary | salary | $1,500.00 | $504.95 | -- | -- | -- | $2,004.95 |
| 7/5/2016 | salary | salary | $1,750.00 | $597.23 | -- | -- | -- | $2,347.23 |
| 7/20/2016 | salary | salary | $1,775.00 | $249.08 | -- | -- | -- | $2,024.08 |
| 8/5/2016 | salary | salary | $1,625.00 | $752.37 | -- | -- | -- | $2,377.37 |
| 8/19/2016 | salary | salary | $1,625.00 | $550.56 | -- | -- | -- | $2,175.56 |
| 9/2/2016 | salary | salary | $1,475.00 | $463.92 | -- | -- | -- | $1,938.92 |
| 9/20/2016 | salary | salary | $1,750.00 | $527.60 | -- | -- | -- | $2,277.60 |
| 10/5/2016 | salary | salary | $1,750.00 | $616.55 | -- | -- | -- | $2,366.55 |
| 10/20/2016 | salary | salary | $1,750.00 | $282.00 | -- | -- | -- | $2,032.00 |
| 11/4/2016 | salary | salary | $1,750.00 | $373.35 | -- | -- | -- | $2,123.35 |

---

[1] For the time period of January 4, 2016 through February 29, 2016, Plaintiff was in training and subject to hourly compensation and overtime.

| Pay Date | Hourly Rate | Regular Hours | Regular Pay | Commission/ Bonus | PTO/ Holiday/ Vacation | OT Hrs | OT Pay | Gross Pay |
|---|---|---|---|---|---|---|---|---|
| 11/18/2016 | salary | salary | $969.23 | $108.00 | -- | -- | -- | $1,077.23 |
| 12/2/2016 | salary | salary | $1,615.38 | $131.50 | -- | -- | -- | $1,746.88 |
| 12/16/2016 | salary | salary | $1,615.38 | $209.06 | -- | -- | -- | $1,824.44 |
| 12/30/2016 | salary | salary | $1,615.38 | $58.00 | -- | -- | -- | $1,673.38 |
| 1/13/2017 | salary | salary | $1,615.38 | -- | -- | -- | -- | $1,615.38 |
| 1/27/2017 | salary | salary | $1,615.38 | $120.75 | -- | -- | -- | $1,736.13 |
| 2/10/2017 | salary | salary | $1,615.38 | $157.00 | -- | -- | -- | $1,772.38 |
| 2/24/2017 | salary | salary | $1,615.38 | $29.00 | -- | -- | -- | $1,644.38 |
| 3/10/2017 | salary | salary | $1,615.38 | $153.34 | -- | -- | -- | $1,768.72 |
| 3/24/2017 | salary | salary | $1,615.38 | $498.48 | -- | -- | -- | $2,113.86 |
| 4/7/2017 | salary | salary | $1,615.38 | $531.27 | -- | -- | -- | $2,146.65 |
| 4/21/2017 | salary | salary | $1,615.38 | $414.93 | -- | -- | -- | $2,030.31 |
| 5/5/2017 | salary | salary | $1,615.38 | $465.53 | -- | -- | -- | $2,080.91 |
| 5/19/207 | salary | salary | $1,615.38 | $529.65 | -- | -- | -- | $2,145.03 |
| 6/2/2017 | salary | salary | $1,615.38 | $528.86 | -- | -- | -- | $2,144.24 |
| 6/16/2017 | salary | salary | $1,615.38 | $125.03 | -- | -- | -- | $1,740.41 |
| 6/30/2017 | salary | salary | $1,615.38 | $478.21 | -- | -- | -- | $2,093.59 |
| 7/14/2017 | salary | salary | $1,615.38 | $116.01 | -- | -- | -- | $1,731.39 |
| 7/28/2017 | salary | salary | $1,615.38 | $294.65 | -- | -- | -- | $1,910.03 |
| 8/11/2017 | salary | salary | $1,615.38 | $389.53 | -- | -- | -- | $2,004.91 |
| 8/25/2017 | salary | salary | $1,615.38 | $100.99 | -- | -- | -- | $1,716.37 |
| 9/8/2017 | salary | salary | $1,615.38 | $91.02 | -- | -- | -- | $1,706.40 |

| Pay Date | Hourly Rate | Regular Hours | Regular Pay | Commission/ Bonus | PTO/ Holiday/ Vacation | OT Hrs | OT Pay | Gross Pay |
|---|---|---|---|---|---|---|---|---|
| 9/22/2017 | salary | salary | $1,453.85 | 34.00 | $161.54 | -- | -- | $1,649.39 |
| 10/6/2014 | salary | salary | $1,615.38 | $87.00 | -- | -- | -- | $1,702.38 |
| 10/20/2017 | salary | salary | $1,615.38 | $197.26 | -- | -- | -- | $1,812.64 |
| 11/3/2017 | salary | salary | $1,615.38 | $101.88 | -- | -- | -- | $1,717.26 |
| 11/17/2017 | salary | salary | $1,292.31 | $29.00 | $323.08 | -- | -- | $1,644.39 |
| 12/1/2017 | salary | salary | $1,453.85 | $159.00 | $161.54 | -- | -- | $1,774.39 |
| 12/15/2017 | salary | salary | $1,534.61 | $193.25 | $80.77 | -- | -- | $1,808.63 |
| 12/29/2017 | salary | salary | $1,615.38 | $126.00 | -- | -- | -- | $1,741.38 |
| 1/12/2018 | salary | salary | $1,211.54 | $58.00 | $403.85 | -- | -- | $1,673.39 |
| 1/26/2018 | salary | salary | $1,534.61 | $132.71 | $80.77 | -- | -- | $1,748.09 |
| 2/9/2018 | salary | salary | $1,534.61 | $187.92 | $80.77 | -- | -- | $1,803.30 |
| 2/9/2018 | salary | salary | $646.15 | $15.00 | -- | -- | -- | $661.15 |
| | | | | | | Totals: | $0 | $93,983.34 |

2.   **Wages paid to Plaintiff, including overtime pay, if any:**

Because Plaintiff was not subject to the overtime requirements of the FLSA, Plaintiff was paid a salary for all hours worked and did not receive overtime compensation. Wages in the amount of $93,983.34 (gross pay) were tendered to Plaintiff as payment for all hours worked from January 4, 2016 through February 8, 2018.

3.   Accordingly, Plaintiff was not required to clock in or out during his employment and Defendant is unable to provide a precise summary of all hours worked by Plaintiff.

4. **VERIFICATION**

I, _Robert E. Hintze Jr_ hereby state as follows:

1. I am the _President_ of WAYPOINT PROPERTY INSPECTION, LLC.

2. I have reviewed the foregoing Verified Summary of Plaintiff Scott Moniz's Hours Worked, Rate of Pay, and Wages Paid. The information provided therein was obtained from current and former employees of WAYPOINT PROPERTY INSPECTION, LLC and/or from Company records. WAYPOINT PROPERTY INSPECTION, LLC reserves the right to make any changes in the responses if it appears at any time that omissions or errors have been made therein, or that more accurate information is available.

3. Subject to limitations set forth herein, I verify under penalty of perjury that the foregoing Verified Summary is true and correct to the best of my knowledge, information and belief.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this _7_ day of May, 2018.

WAYPOINT PROPERTY INSPECTION, LLC

By: _[signature]_

DATED this 9th day of May, 2018.

Respectfully submitted by:

**JACKSON LEWIS P.C.**

*/s/ Andrew R. Lincoln*
Andrew R. Lincoln
Florida Bar No.: 69588
E-mail: andrew.lincoln@jacksonlewis.com
Ashwin R. Trehan
Florida Bar No.: 42675
E-mail:ashwin.trehan@jacksonlewis.com

Wells Fargo Center
100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:    813-512-3210
Facsimile:    813-512-3211

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2018, a true and correct copy of the foregoing *Defendant Waypoint Property Inspection, LLC's Verified Summary of Plaintiff Scott Moniz's Hours Worked, Rate of Pay and Wages Paid* was filed using the CM/ECF system, which will automatically send electronic notice to all counsel of record.

*/s/ Andrew R. Lincoln*
Attorney

4835-4450-8516, v. 1